**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TV AZTECA, S.A.B. DE C.V.,[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 26-12217 (LGB) |

**ORDER (I) SCHEDULING THE RECOGNITION HEARING AND OBJECTION DEADLINE, (II) SPECIFYING THE FORM AND MANNER OF SERVICE OF NOTICE AND (III) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion")[2] of Rafael Rodríguez Sánchez, in his capacity as the authorized foreign representative (the "Foreign Representative") for TV Azteca, S.A.B. de C.V. (the "Debtor"), requesting entry of an order (i) scheduling the Recognition Hearing and Objection Deadline; (ii) specifying the form and manner of service of the Notice attached hereto as Schedule 1; and (iii) granting certain related relief; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference M-431* from the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue of this proceeding being proper before the Court pursuant to 28 U.S.C. § 1410; and the Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local

[1] The last four digits of the Debtor's Mexican federal tax identification number are 4V78. The location of the corporate headquarters and the service address for the Debtor is Periférico Sur 4121, Col. Fuentes del Pedregal, Alcaldía Tlalpan, 14140, Mexico City, Mexico.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Rules, and that no other or further notice is necessary; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor; and no objections or other responses having been filed that have not been overruled, withdrawn or otherwise resolved; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The Recognition Hearing shall be held before the Court via Zoom for Government, on **October 20, 2026 at 10:00 a.m. (prevailing Eastern Time)**. Parties wishing to participate in the Recognition Hearing should refer to the Procedures for All Hearings Before Judge Beckerman Being Held by Zoom Video[3] for registration and appearance instructions, as well as the Zoom Video Hearing Guide located on the Court's website[4].

3. Any party in interest wishing to submit a response or objection to the Foreign Representative must do so in writing and in accordance with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, setting forth the basis for such response or objection with specificity and the nature and extent of the respondent's claims against the Debtor. Such responses or objections must be filed electronically with the Court by registered users of the Court's electronic case filing system in accordance with General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at www.nysb.uscourts.gov) and by all other parties in interest, on a USB drive in Portable Document Format (PDF), Microsoft Word or any other Windows-based word processing format, which USB drive shall be sent to the Office of the Clerk of the

---

[3] Available at https://www.nysb.uscourts.gov/sites/default/files/Judge_Beckerman_Zoom_Procedures.pdf

[4] Available at https://www.nysb.uscourts.gov/zoom-video-hearing-guide

Court, One Bowling Green, New York, New York 10004-1408. A hard copy of any response or objection shall be sent to the Chambers of the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408 and served upon (a) the Foreign Representative's counsel, Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004 (Attn: Robert J. Giuffra, Jr., Sergio J. Galvis, James L. Bromley, and Christian P. Jensen), and (b) the United States Trustee for the Southern District of New York, One Bowling Green, Room 534, New York, New York 10004, (Attn: Shara Cornell), so as to be actually received by **5:00 p.m. (prevailing Eastern Time) on October 12, 2026**.

4. The form of Notice of the Recognition Hearing in substantially the form attached hereto as Schedule 1 is approved.

5. Prior to serving the Notice or causing it to be served, the Foreign Representative may insert any missing dates and other information, correct any typographical errors, conform the provisions thereof to the provisions of this Order and make such other and further non-material, non-substantive changes as the Foreign Representative deems necessary or appropriate.

6. Copies of the Notice Documents shall be served by first-class mail and electronic mail (to the extent email addresses are available) on: (a) the United States Trustee for the Southern District of New York; (b) the United States Attorney for the Southern District of New York; (c) The Bank of New York Mellon, in its capacity as Trustee under the Indenture, and its counsel; (d) named parties and counsel of record in Case No. 22-08164 in the Southern District of New York, Case No. 25-2666 in the United States Court of Appeals for the Second Circuit, Case No. 26-23885 in the United States District Court of the Southern District of Florida, and Case No. C-1027-09-C in the District Court of Hidalgo County, Texas; (e) the Mexican Ministry of Foreign Affairs; (f) all parties required to be given notice under Bankruptcy Rule 2002(q)(1) of which the Foreign

Representative is aware; and (g) all parties requesting notice pursuant to Bankruptcy Rule 2002.

7. The notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in the context of this Chapter 15 Case or, to the extent applicable, are waived.

8. Service of the Notice Documents in accordance with this Order is approved as adequate and sufficient notice and service on all interested parties. Notice provided in accordance with this Order satisfies the requirements of the Bankruptcy Code and the Bankruptcy Rules, including Bankruptcy Rule 2002(q). No other or further notice is required.

9. Notwithstanding any provision in the Bankruptcy Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry.

10. The Foreign Representative is authorized and empowered to execute and deliver such documents, and to take and perform all actions necessary to implement and effectuate the relief granted in this Order.

11. This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

Dated: September 22, 2026
New York, New York

**/s/ Lisa G. Beckerman**

The Honorable Lisa G. Beckerman
United States Bankruptcy Judge