**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TV AZTECA, S.A.B. DE C.V.,[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 26-12217 (LGB) |

**SCHEDULING ORDER REGARDING RECOGNITION HEARING AND ANTICIPATED FINAL AND EVIDENTIARY LIFT STAY HEARING FOR THE INDENTURE TRUSTEE'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**WHEREAS**, on September 16, 2026, Rafael Rodríguez Sánchez (the "Foreign Representative"), in his capacity as the foreign representative for TV Azteca, S.A.B. de C.V. (the "Foreign Debtor"), filed a petition [ECF No. 1] under Chapter 15 of the Bankruptcy Code (the "Chapter 15 Case") and also filed a *Verified Petition for Recognition of Foreign Main Proceeding and Related Relief* [ECF No. 2] (the "Verified Petition") seeking recognition regarding the Foreign Debtor's *concurso mercantil* proceeding filed on March 10, 2026, before the First District for Commercial Insolvency Matters, sitting in Mexico City and with jurisdiction throughout the Mexican Republic, pursuant to the Mexican Commercial Insolvency Law (the "Foreign Main Proceeding"). In support of the Verified Petition, the Foreign Debtor also filed a *Declaration of the Foreign Representative in Support of the Verified Petition* [ECF No. 3] (the "Foreign Representative's Declaration"), a *Declaration of José Víctor Rodríguez Barrera on Mexican Law in Support of the Verified Petition* [ECF No. 4] (the "Rodríguez Barrera Declaration," and together with the Foreign Representative's Declaration, the "Declarations"), and the *Motion for the Foreign*

[1] The last four digits of the Foreign Debtor's Mexican federal tax identification number are 4V78. The location of the corporate headquarters and the service address for the Foreign Debtor is Periférico Sur 4121, Col. Fuentes del Pedregal, Alcaldía Tlalpan, 14140, Mexico City, Mexico.

*Representative for Entry of an Order (I) Scheduling the Recognition Hearing and Objection Deadline, (II) Specifying the Form and Manner of Service of Notice and (III) Granting Related Relief* [ECF No. 5] (the "Scheduling Motion"); and

**WHEREAS**, on September 22, 2026, the Court entered an order granting the Scheduling Motion [ECF No. 7] (the "Scheduling Order"). The Scheduling Order scheduled the recognition hearing on October 20, 2026 at 10:00 A.M. ET on Zoom for Government (the "Recognition Hearing") to consider the Foreign Debtor's Verified Petition and Declarations to determine whether this Court should grant recognition of the Foreign Main Proceeding in the Chapter 15 Case and set an objection deadline for the Recognition Hearing on October 12, 2026 at 5:00 P.M. ET; and

**WHEREAS**, on October 1, 2026, counsel for the Bank of New York Mellon, solely in its capacity as Indenture Trustee (the "Indenture Trustee") pursuant to that certain indenture, dated as of August 9, 2017 governing the 8.250% Senior Notes due 2024 issued by the Foreign Debtor, emailed the Court (the "October 1 Email") informing it that the Indenture Trustee intended to file a motion for lift stay relief, requesting that there be a single hearing on the motion as a final evidentiary hearing and requesting that the motion be heard on the same day as the Recognition Hearing. Counsel for the Foreign Debtor was not copied on the October 1 Email request to the Court; and

**WHEREAS**, on October 2, 2026, the Court responded to the October 1 Email, copying counsel for the Foreign Debtor into the email chain, and informed both parties that the Court is unable to hold an evidentiary hearing for the Indenture Trustee's lift stay motion until November 9 or November 10. Due to the October 1 Email, the Court instructed the parties that it would have

to hold a status conference to discuss the request in the October 1 Email further and requested both parties to pick a time where both parties were available for the status conference; and

**WHEREAS**, on October 3, 2026, counsel for the Indenture Trustee emailed back the Court, copying counsel for the Foreign Debtor, stating that both parties were available on October 5 at 10:00 A.M. ET (the "Status Conference") to discuss the Indenture Trustee's request in their October 1 Email; and

**WHEREAS**, at the Status Conference, counsel for the Foreign Debtor and counsel for the Indenture Trustee, among others, were present at the Status Conference to discuss the scheduling concerns of the Recognition Hearing and the lift stay motion that the Indenture Trustee intends to file.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1. The Recognition Hearing will proceed on October 20, 2026, unless the Indenture Trustee files an objection to the Recognition Hearing and their lift stay motion by the amended objection deadline of **October 13, 2026 at 5:00 P.M. ET** (the "Recognition Objection Deadline") due to the prior objection date falling on a federal holiday where the Court is closed. If the Indenture Trustee files an objection to the Recognition Hearing and their lift stay motion on or before the Recognition Objection Deadline, the Recognition Hearing shall be adjourned to **November 9 and November 10 at 10:00 A.M. ET** in Courtroom 623 at 1 Bowling Green, New York, NY 10004. The hearing on the Indenture Trustee's lift stay motion shall also take place on those dates. No ruling on the lift stay motion will be made by the Court unless it grants recognition of the Foreign Debtor's *concurso mercantil* proceeding.

2. The scheduled hearing on the lift stay motion shall be a final evidentiary hearing under 11 U.S.C. § 362(e) and Local Bankruptcy Rule 9014-2(a), with an objection deadline on

**November 1, 2026 at 5:00 P.M. ET** and a reply deadline on **November 6, 2026 at 12:00 P.M. ET**.

3. Counsel for the Foreign Debtor and counsel for the Indenture Trustee shall meet and confer regarding a discovery schedule. If the parties are unable to reach a consensus on the discovery schedule, the parties are instructed to reach out to the Court and request a discovery conference to resolve any issues between the parties concerning discovery in connection with the Recognition Hearing and the Indenture Trustee's lift stay motion.

4. This Court retains jurisdiction to enforce and interpret this Order.

Dated: New York, New York
October 6, 2026

***/s/ Lisa G. Beckerman***
THE HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE