Robert J. Giuffra, Jr.
Sergio J. Galvis
James L. Bromley
Christian P. Jensen
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TV AZTECA, S.A.B. DE C.V.,[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 26-12217 (LGB) |

**CERTIFICATE OF SERVICE**

I, James L. Bromley, hereby certify that:

1. On October 6, 2026, I caused true and correct copies of the following documents to be served on Lilly Ann Sanchez, counsel for Juan Ramirez, by FedEx Next Business Day Delivery at 2800 Ponce de Leon Boulevard, Suite 1100, Coral Gables, Florida 33134 and by email at lsanchez@thelsfirm.com.

- Chapter 15 Petition for Recognition of Foreign Proceeding [D.I. 1];
- *Verified Petition for Recognition of Foreign Main Proceeding and Related Relief* [D.I. 2];

[1] The last four digits of the Debtor's Mexican federal tax identification number are 4V78. The location of the corporate headquarters and the service address for the Debtor is Periférico Sur 4121, Col. Fuentes del Pedregal, Alcaldía Tlalpan, 14140, Mexico City, Mexico.

- *Declaration of Rafael Rodríguez Sánchez in Support of the Verified Petition for Recognition of Foreign Main Proceeding and Related Relief* [D.I. 3];

- *Declaration of José Víctor Rodríguez Barrera on Mexican Law in Support of the Verified Petition for Recognition of Foreign Main Proceeding and Related Relief* [D.I. 4];

- *Motion of the Foreign Representative for Entry of an Order (I) Scheduling the Recognition Hearing and Objection Deadline, (II) Specifying the Form and Manner of Service of Notice and (III) Granting Related Relief* [D.I. 5]; and

- *Notice of Recognition Hearing and Related Relief Pursuant to Chapter 15 of the United States Bankruptcy Code*, in the form of schedule 1 to *Order (I) Scheduling the Recognition Hearing and Objection Deadline, (II) Specifying the Form and Manner of Service of Notice and (III) Granting Related Relief* [D.I. 7-1].

Dated: October 7, 2026
New York, New York

Respectfully submitted,

*/s/ James L. Bromley*
James L. Bromley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: bromleyj@sullcrom.com

*Counsel to the Foreign Representative*