**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Michael S. Stamer
Abid Qureshi
David M. Giller

2300 North Field Street, Suite 1800
Dallas, Texas 75201
Tel: (214) 969-2800
Fax: (214) 969-4343
Sarah Link Schultz (*pro hac vice pending*)

*Counsel to The Bank of New York Mellon as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 15 |
| TV AZTECA, S.A.B. DE C.V.,[1] | ) | Case No. 26-12217 (LGB) |
| Debtor in a Foreign Proceeding | ) | |

**DECLARATION OF DAVID M. GILLER IN SUPPORT OF (I) OBJECTION OF THE INDENTURE TRUSTEE TO VERIFIED PETITION FOR RECOGNITION OF FOREIGN MAIN PROCEEDING AND (II) THE INDENTURE TRUSTEE'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I, David M. Giller, hereby state as follows:

1. I am an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel for The Bank of New York Mellon, solely in its capacity as Indenture Trustee (the

[1] The last four digits of the Debtor's Mexican federal tax identification number are 4V78. The location of the corporate headquarters and the service address for the Debtor are Periférico Sur 4121, Col. Fuentes de Pedregal, Alcaldía Tlalpan, 14140, Mexico City, Mexico.

"Indenture Trustee" or "Trustee") pursuant to that certain indenture, dated as of August 9, 2017 (as amended, restated, supplemented or otherwise modified from time to time, the "Indenture"), governing the 8.250% Senior Notes due 2024 (the "Notes" and the beneficial owners thereof, the "Beneficial Owners") issued by TV Azteca, S.A.B. de C.V. ("TV Azteca" or the "Debtor"). I respectfully submit this declaration in support of: (I) the Objection of the Indenture Trustee to Verified Petition for Recognition of Foreign Main Proceeding; and (II) the Indenture Trustee's Motion for Relief from the Automatic Stay.

2. Attached as **Exhibit 1** is a true and correct copy of the Annual Report for TV Azteca, S.A.B. de C.V. dated December 31, 2022.

3. Attached as **Exhibit 2** is a true and correct copy of the Indenture, dated as of August 9, 2017, by and between the Company, the subsidiary guarantors party thereto, the Trustee, and The Bank of New York Mellon, London Branch, as Principal Paying Agent.

4. Attached as **Exhibit 3** is a true and correct copy of the Global Note, dated as of August 9, 2017, by and between the Company, the subsidiary guarantors party thereto, the Trustee, and The Bank of New York Mellon, London Branch, as Principal Paying Agent.

5. Attached as **Exhibit 4** is a true and correct copy of a press release by TV Azteca dated February 9, 2021.

6. Attached as **Exhibit 5** is a true and correct copy of the Notice of Default from the Indenture Trustee to TV Azteca dated March 22, 2021.

7. Attached as **Exhibit 6** is a true and correct copy of the Notice of Default from the Indenture Trustee to TV Azteca dated March 29, 2022.

8. Attached as **Exhibit 7** is a true and correct copy of an Acceleration Notice issued by beneficial owners of more than 25% of the aggregate principal amount of outstanding Notes issued pursuant to the Indenture to TV Azteca dated May 3, 2022.

9. Attached as **Exhibit 8** is a true and correct copy of an Acceleration Notice from the Indenture Trustee to TV Azteca dated August 5, 2022.

10. Attached as **Exhibit 9** is a true and correct copy of a supplement to the Acceleration Notice from the Trustee to TV Azteca dated August 8, 2022.

11. Attached as **Exhibit 10** is a true and correct copy of the Motion for Summary Judgment in Lieu of Complaint filed by the Indenture Trustee against TV Azteca in the Supreme Court of New York, County of New York (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 653101/2022 (N.Y. Sup. Ct.), NYSCEF No. 3).

12. Attached as **Exhibit 11** is a true and correct copy of TV Azteca's September 23, 2022 Notice of Removal from the Supreme Court of the State of New York, New York County, to the United States District Court for the Southern District of New York (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.*, Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 1).

13. Attached as **Exhibit 12** is a true and correct copy of TV Azteca's September 30, 2022 Memorandum of Law in Support of its Motion to Compel (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 9).

14. Attached as **Exhibit 13** is a true and correct copy of the July 8, 2022 Complaint filed in the Ninth Superior Court of Mexico, with an English translation (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 49-2).

15. Attached as **Exhibit 14** is a true and correct copy of the July 12, 2022 *Ex Parte* Injunction filed in the Ninth Superior Court of Mexico, with an English translation (*The Bank of*

*New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 49-3).

16. Attached as **Exhibit 15** is a true and correct copy of the August 17, 2022 extension of the *Ex Parte* Injunction filed in the Ninth Superior Court of Mexico (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 49-4).

17. Attached as **Exhibit 16** is a true and correct copy of the August 23, 2022 extension of the *Ex Parte* Injunction filed in the Ninth Superior Court of Mexico, with an English translation (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 49-5).

18. Attached as **Exhibit 17** is a true and correct copy of the May 17, 2023 extension of the *Ex Parte* Injunction filed in the Ninth Superior Court of Mexico, with an English translation (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 49-6).

19. Attached as **Exhibit 18** is a true and correct copy of the September 22, 2022 litigation commenced by TV Azteca against certain Beneficial Owners and the Indenture Trustee in the Sixty-Third Superior Court of Mexico, with an English translation (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 49-7).

20. Attached as **Exhibit 19** is a true and correct copy of the September 28, 2022 extension of the *Ex Parte* Injunction filed in the Sixty-Third Superior Court of Mexico, with an English translation (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 49-8).

21. Attached as **Exhibit 20** is a true and correct copy of the Trustee's response to TV Azteca's complaint, with an English translation (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 49-15).

22. Attached as **Exhibit 21** is a true and correct copy of TV Azteca's Appeal for Reversal dated January 11, 2024, with an English translation (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 49-16).

23. Attached as **Exhibit 22** is a true and correct copy of the Third Superior Court of Appeals Decision dated January 30, 2024, with an English translation (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 49-17).

24. Attached as **Exhibit 23** is a true and correct copy of the Indenture Trustee's June 28, 2024 Memorandum of Law in Support of Motion to Enjoin TV Azteca from Litigating in Mexico (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 47).

25. Attached as **Exhibit 24** is a true and correct copy of the Indenture Trustee's Reply Memorandum in Support of its Motion to Enjoin TV Azteca from Litigating in Mexico, dated August 14, 2024 (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 54).

26. Attached as **Exhibit 25** is a true and correct copy of the World Health Organization's Statement on the fifteenth meeting of the IHR (2005) Emergency Committee on the COVID-19 pandemic, dated May 5, 2023 (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 49-23).

27. Attached as **Exhibit 26** is a true and correct copy of the Decree from the President of the United Mexican States, dated September 5, 2023 (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 49-24).

28. Attached as **Exhibit 27** is a true and correct copy of the Indenture Trustee's June 16, 2023 Motion to Vacate the injunction in the September Mexican Litigation, with an English translation (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 49-26).

29. Attached as **Exhibit 28** is a true and correct copy of the January 25, 2024 Order denying the Indenture Trustee's Motion to Vacate, with an English translation (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 49-30).

30. Attached as **Exhibit 29** is a true and correct copy of the Sixty-Third Superior Court January 8, 2024 Order directing that Judge Gardephe of the Southern District of New York be notified of the September Mexican Litigation, with an English translation (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 49-33).

31. Attached as **Exhibit 30** is a true and correct copy of the March 20, 2023 Involuntary Petition Against a Non-Individual filed in the United States Bankruptcy Court for the Southern District of New York (*In re: TV Azteca, S.A.B. de C.V.*, No. 23-10385 (LGB) (Bankr. S.D.N.Y.), ECF No. 2).

32. Attached as **Exhibit 31** is a true and correct copy of the Transcript of the August 29, 2023 Hearing from Case No. 23-10385 (LGB) (Bankr. S.D.N.Y.).

33. Attached as **Exhibit 32** is a true and correct copy of the Order Granting Motion to Dismiss filed in the United States Bankruptcy Court for the Southern District of New York (*In re: TV Azteca, S.A.B. de C.V.*, No. 23-10385 (LGB) (Bankr. S.D.N.Y.), ECF No. 82).

34. Attached as **Exhibit 33** is a true and correct copy of the September 22, 2025 Memorandum Opinion and Order enjoining TV Azteca from Litigating in Mexico (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 97).

35. Attached as **Exhibit 34** is a true and correct copy of the Indenture Trustee's October 16, 2025 Letter Motion for Leave to File Motion of Contempt (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 111).

36. Attached as **Exhibit 35** is a true and correct copy of the Indenture Trustee's November 12, 2025 Letter regarding the October 16, 2025 Letter Motion (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 125).

37. Attached as **Exhibit 36** is a true and correct copy of the Indenture Trustee's November 21, 2025 Letter regarding withdrawal of its Planned Motion of Contempt (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 134).

38. Attached as **Exhibit 37** is a true and correct copy of the Indenture Trustee's July 11, 2025 Complaint against TV Azteca (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 80).

39. Attached as **Exhibit 38** is a true and correct copy of the Indenture Trustee's November 12, 2025 Letter regarding the Court's November 4, 2025 Order (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 128).

40. Attached as **Exhibit 39** is a true and correct copy of TV Azteca's November 26, 2025 Answer to the Indenture Trustee's Complaint (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 148).

41. Attached as **Exhibit 40** is a true and correct copy of TV Azteca's December 17, 2025 Amended Answer to the Indenture Trustee's Complaint (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 166).

42. Attached as **Exhibit 41** is a true and correct copy of TV Azteca's Third-Party Complaint against certain Beneficial Owners (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 164).

43. Attached as **Exhibit 42** is a true and correct copy of the Indenture Trustee's Memorandum of Law in Support of its Motion to Strike (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 200).

44. Attached as **Exhibit 43** is a true and correct copy of the Indenture Trustee's February 24, 2026 Letter Motion to Stay Discovery (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 224).

45. Attached as **Exhibit 44** is a true and correct copy of the Indenture Trustee's Letter Motion for Conference (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 223).

46. Attached as **Exhibit 45** is a true and correct copy of the Indenture Trustee's Motion for Summary Judgment (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 259).

47. Attached as **Exhibit 46** is a true and correct copy of TV Azteca's July 1, 2026 Opposition to Summary Judgment (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 263).

48. Attached as **Exhibit 47** is a true and correct copy of the Guarantor Defendants' July 1, 2026 Opposition to Summary Judgment (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 264).

49. Attached as **Exhibit 48** is a true and correct copy of the Indenture Trustee's Reply in Support of Summary Judgment (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 271).

50. Attached as **Exhibit 49** is a true and correct copy of the Guarantor Defendants' July 1, 2026 Response in Opposition to Summary Judgment (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 265).

51. Attached as **Exhibit 50** is a true and correct copy of the 2024 Financial Statements and Independent Auditor's Report for TV Azteca, S.A.B. de C.V., as of December 31, 2023 and 2024.

52. Attached as **Exhibit 51** is a true and correct copy of the Offering Circular, dated as of August 9, 2017, by and between the Company, the subsidiary guarantors party thereto, the Trustee, and The Bank of New York Mellon, London Branch, as Principal Paying Agent.

53. Attached as **Exhibit 52** is a true and correct copy of the Declaration of Fernando del Castillo (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 49).

54. Attached as **Exhibit 53** is a true and correct copy of the Indenture Trustee's June 8, 2026 Letter Motion for Leave to File its Amended Complaint (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 247).

55. Attached as **Exhibit 54** is a true and correct copy of the Southern District of Florida's September 18, 2026 Omnibus Order denying AlterBank's Motion to Quash (*In re Application of The Bank of New York Mellon v. Santander, et al.*, Case No. 1:26-mc-23885-JEM (S.D. Fla. 2026), ECF No. 44).

56. Attached as **Exhibit 55** is a true and correct copy of a news report by Euro ES Euro dated May 12, 2023.

57. Attached as **Exhibit 56** is a true and correct copy of the Scheduling Order, Order, and Opinion dated March 17, 2026 (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 241).

58. Attached as **Exhibit 57** is a true and correct copy of the Declaration of Justin M. Ellis dated August 7, 2026 (*In re Application of The Bank of New York Mellon v. Santander, et al.*, Case No. 1:26-mc-23885-JEM (S.D. Fla. 2026), ECF No. 35-1).

59. Attached as **Exhibit 58** is a true and correct copy of the Complaint and Order for Piercing the Corporate Veil dated February 23, 2024 filed in *Office of the Commissioner of Financial Institutions* (San Juan, Puerto Rico), Case No. C-24-D-003 (*In re Application of The Bank of New York Mellon v. Santander, et al.*, Case No. 1:26-mc-23885-JEM (S.D. Fla. 2026), ECF No. 3).

60. Attached as **Exhibit 59** is a true and correct copy of the Respondent's Notice of Appeal dated September 22, 2026 (*In re Application of The Bank of New York Mellon v. Santander, et al.*, Case No. 1:26-mc-23885-JEM (S.D. Fla. 2026), ECF No. 45).

61. Attached as **Exhibit 60** is a true and correct copy of the Non-Party Witness' Notice of Appeal dated September 23, 2026 (*In re Application of The Bank of New York Mellon v. Santander, et al.*, Case No. 1:26-mc-23885-JEM (S.D. Fla. 2026), ECF No. 46).

62. Attached as **Exhibit 61** is a true and correct copy of the Motion for Stay Pending Appeal dated September 23, 2026 (*In re Application of The Bank of New York Mellon v. Santander, et al.*, Case No. 1:26-mc-23885-JEM (S.D. Fla. 2026), ECF No. 47).

63. Attached as **Exhibit 62** is a true and correct copy of the Non-Party Intervenor's Renewed Motion for a Protective Order dated September 29, 2026 (*In re Application of The Bank of New York Mellon v. Santander, et al.*, Case No. 1:26-mc-23885-JEM (S.D. Fla. 2026), ECF No. 62).

64. Attached as **Exhibit 63** is a true and correct copy of the Opposition to TV Azteca's Renewed Motion for Protective Order dated October 1, 2026 (*In re Application of The Bank of New York Mellon v. Santander, et al.*, Case No. 1:26-mc-23885-JEM (S.D. Fla. 2026), ECF No. 63).

65. Attached as **Exhibit 64** is a true and correct copy of Arrendadora Internacional Azteca, S.A. de C.V.'s ("Arrendadora") financial statements for November 2025, with a certified English translation (produced by Blas Santander in *In re Application of The Bank of New York Mellon v. Santander, et al.*, 1:26-mc-23885-JEM (S.D. Fla. 2026) BSANTANDER_0000702-750).

66. Attached as **Exhibit 65** is a true and correct copy of a letter dated November 27, 2025 certifying the ultimate beneficial owner of TV Azteca, S.A.B. de C.V., with a certified English translation (produced by Blas Santander in *In re Application of The Bank of New York*

*Mellon v. Santander, et al.*, 1:26-mc-23885-JEM (S.D. Fla. 2026) BSANTANDER_0000952-953).

67. Attached as **Exhibit 66** is a true and correct copy of Arrendadora's registration forms for an AlterBank account dated January 26, 2026 (produced by Blas Santander in *In re Application of The Bank of New York Mellon v. Santander, et al.*, 1:26-mc-23885-JEM (S.D. Fla. 2026) BSANTANDER_0000804-817). Redactions in accordance with FRCP 5.2.

68. Attached as **Exhibit 67** is a true and correct copy of AlterBank's weekly management report dated July 17, 2026, with a certified English translation (produced by Blas Santander in *In re Application of The Bank of New York Mellon v. Santander, et al.*, 1:26-mc-23885-JEM (S.D. Fla. 2026) BSANTANDER_0000754-766).

69. Attached as **Exhibit 68** is a true and correct copy of Operadora Mexicana de Televisión, S.A. de C.V.'s registration forms for an AlterBank account dated January 27, 2026 (produced by Blas Santander in *In re Application of The Bank of New York Mellon v. Santander, et al.*, 1:26-mc-23885-JEM (S.D. Fla. 2026) BSANTANDER_0001022-082). Redactions in accordance with FRCP 5.2.

70. Attached as **Exhibit 69** is a true and correct copy of Lasimex's registration forms for an AlterBank account, which were not signed or dated (produced by Blas Santander in *In re Application of The Bank of New York Mellon v. Santander, et al.*, 1:26-mc-23885-JEM (S.D. Fla. 2026) BSANTANDER_0001122-124). Redactions in accordance with FRCP 5.2.

71. Attached as **Exhibit 70** is a true and correct copy of TV Azteca, S.A.B. de C.V.'s registration forms for an AlterBank account dated December 12, 2025 (produced by Blas Santander in *In re Application of The Bank of New York Mellon v. Santander, et al.*, 1:26-mc-

23885-JEM (S.D. Fla. 2026) BSANTANDER_0000899-911). Redactions in accordance with FRCP 5.2.

72. Attached as **Exhibit 71** is a true and correct copy of AlterBank's account profile for HRSA, S.A. (produced by Blas Santander in *In re Application of The Bank of New York Mellon v. Santander, et al.*, 1:26-mc-23885-JEM (S.D. Fla. 2026) BSANTANDER_0001192-193).

73. Attached as **Exhibit 72** is a true and correct copy of AlterBank's account profile for Soho Investing Corporation (produced by Blas Santander in *In re Application of The Bank of New York Mellon v. Santander, et al.*, 1:26-mc-23885-JEM (S.D. Fla. 2026) BSANTANDER_0001196-197).

74. Attached as **Exhibit 73** is a true and correct copy of AlterBank's correspondent bank cases list (produced by Blas Santander in *In re Application of The Bank of New York Mellon v. Santander, et al.*, 1:26-mc-23885-JEM (S.D. Fla. 2026) BSANTANDER_0001020). Redactions in accordance with FRCP 5.2.

75. Attached as **Exhibit 74** is a true and correct copy of a Nominee Director Agreement between Ricardo Salinas on behalf of Soho Investing Corporation and Arcenio Abdiel Barrios Solis dated April 24, 2025 (produced by Blas Santander in *In re Application of The Bank of New York Mellon v. Santander, et al.*, 1:26-mc-23885-JEM (S.D. Fla. 2026) BSANTANDER_0001194-195).

76. Attached as **Exhibit 75** is a true and correct copy of Arrendadora's Unanimous Resolutions Adopted Outside of the Meeting by all Shareholders of Arrendadora dated December 26, 2025, with an English translation (produced by Blas Santander in *In re Application of The Bank of New York Mellon v. Santander, et al.*, 1:26-mc-23885-JEM (S.D. Fla. 2026) BSANTANDER_0000818-822).

77. Attached as **Exhibit 76** is a true and correct copy of the Response and Reservation of Rights of Diamond Films Netherlands Coöperatief U.A. to Motion to Dismiss the Involuntary Chapter 11 Petitions filed in the United States Bankruptcy Court for the Southern District of New York (*In re: TV Azteca, S.A.B. de C.V.*, No. 23-10385 (LGB) (Bankr. S.D.N.Y.), ECF No. 39).

78. Attached as **Exhibit 77** is a true and correct copy of the Satisfaction of Judgment dated August 14, 2026 (*Diamond Films Netherlands Coöperatief U.A. v. TV Azteca, S.A.B. de C.V.*, Index No. 655384/2020 (N.Y. Sup. Ct.), NYSCEF No. 417).

79. Attached as **Exhibit 78** is a true and correct copy of Respondents AlterBank Limited's and Blas Santander's Notice of Correction and Clarification of the Record (*In re Application of The Bank of New York Mellon v. Santander, et al.*, Case No. 1:26-mc-23885-JEM (S.D. Fla. 2026), ECF No. 67).

80. Attached as **Exhibit 79** is a true and correct copy of the Transcript of the October 5, 2026 Status Conference (*In re: TV Azteca, S.A.B. de C.V.*, Case No. 26-12217 (LGB) (Bankr. S.D.N.Y.)).

81. Attached as **Exhibit 80** is a true and correct copy of an e-mail from Mark Kelley, Counsel, MoloLamken, to Evan Stroman, Partner, Diaz Reus International Law Firm (Oct. 10, 2026 at 7:27 a.m. ET).

82. Attached as **Exhibit 81** is a true and correct copy of the Scheduling Order Regarding Recognition Hearing and Anticipated Final and Evidentiary Lift Stay Hearing for the Indenture Trustee's Motion for Relief from the Automatic Stay (*In re: TV Azteca, S.A.B. de C.V.*, Case No. 26-12217 (LGB) (Bankr. S.D.N.Y.), ECF No. 12).

83. Attached as **Exhibit 82** is a true and correct copy of the Trustee's Motion for Expedited Consideration or to Refer Case to the Bankruptcy Court (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 311).

84. Attached as **Exhibit 83** is a true and correct copy of the Decision Granting Alleged Debtors' Motion to Dismiss the Involuntary Petitions filed in the United States Bankruptcy Court for the Southern District of New York (*In re: TV Azteca, S.A.B. de C.V.*, No. 23-10385 (LGB) (Bankr. S.D.N.Y.), ECF No. 81).

85. Attached as **Exhibit 84** is a true and correct copy of the Resolutions of the Board of Directors of Alter Bank Ltd. dated March 3, 2026, with an English translation (produced by Blas Santander in *In re Application of The Bank of New York Mellon v. Santander, et al.*, 1:26-mc-23885-JEM (S.D. Fla. 2026) BSANTANDER_0000967-972). Redactions in accordance with FRCP 5.2.

86. Attached as **Exhibit 85** is a true and correct copy of the Indenture Trustee's July 15, 2026 Memorandum of Law in Support of its Motion for Leave to File its Amended Complaint and an Expedited Trial (*The Bank of New York Mellon v. TV Azteca, S.A.B. de C.V., et al.,* Case No. 22-cv-08164 (S.D.N.Y.), ECF No. 288).

87. Attached as **Exhibit 86** is a true and correct copy of the Trustee's Expedited Motion to Compel Respondents AlterBank Limited, Blas Santander, and Alexander Soroka (*In re Application of The Bank of New York Mellon v. Santander, et al.*, Case No. 1:26-mc-23885-JEM (S.D. Fla. 2026), ECF No. 73).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2026.

By: /s/ David Giller
David M. Giller