**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Michael S. Stamer
Abid Qureshi
David M. Giller

2300 North Field Street, Suite 1800
Dallas, Texas 75201
Tel: (214) 969-2800
Fax: (214) 969-4343
Sarah Link Schultz (*pro hac vice pending*)

*Counsel to The Bank of New York Mellon as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 15 |
| TV AZTECA, S.A.B. DE C.V.,[1] | Case No. 26-12217 (LGB) |
| Debtor in a Foreign Proceeding | |

**CERTIFICATE OF SERVICE**

I, Michael S. Stamer, hereby certify that:

1. Between October 14, 2026 and October 15, 2026, I caused true and correct copies of the following documents to be served in the manner and to the parties indicated in the service list attached hereto as **Exhibit A**:

[1] The last four digits of the Debtor's Mexican federal tax identification number are 4V78. The location of the corporate headquarters and the service address for the Debtor are Periférico Sur 4121, Col. Fuentes de Pedregal, Alcaldía Tlalpan, 14140, Mexico City, Mexico.

- *Objection of the Indenture Trustee to the Verified Petition for Recognition of Foreign Main Proceeding* [Dkt. No. 16];
- *Motion of the Indenture Trustee for Relief from the Automatic Stay* [Dkt. No. 17];
- *Declaration of David M. Giller in Support of (I) Objection of the Indenture Trustee to Verified Petition for Recognition and (II) the Indenture Trustee's Motion for Relief from the Automatic Stay* [Dkt. No. 18]; and
- *Declaration of Fernando Del Castillo in Support of (I) Objection of the Indenture Trustee to Verified Petition for Recognition and (II) the Indenture Trustee's Motion for Relief from the Automatic Stay* [Dkt. No. 19].

[*Remainder of page intentionally left blank*]

Dated: October 15, 2026

Respectfully submitted,

* /s/ Michael S. Stamer*
Michael S. Stamer
Abid Qureshi
David M. Giller
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Email: mstamer@akingump.com
aqureshi@akingump.com
dgiller@akingump.com

Sarah Link Schultz (*pro hac vice pending*)
2300 North Field Street, Suite 1800
Dallas, Texas 75201
Tel: (214) 969-2800
Fax: (214) 969-4343
Email: sschultz@akingump.com

Justin M. Ellis
Mark Kelley
Zachary R. Ingber
Eric J. Rolston
**MOLOLAMKEN LLP**
430 Park Avenue, 6th Floor
New York, NY 10022
Tel.: (212) 607-8160
Email: jellis@mololamken.com
mkelley@mololamken.com
zingber@mololamken.com
erolston@mololamken.com

Curtis M. Plaza, Esq.
**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, New Jersey 07960
Telephone: (973) 326-7118
cplaza@foxrothschild.com

*Counsel to The Bank of New York Mellon as Indenture Trustee*

**Exhibit A**

**Service List**

| Notice Party | Method(s) of Service |
|---|---|
| Office of the United States Trustee for Region 2 | Email:<br>shara.cornell@usdoj.gov<br><br>Courier Same Day Delivery:<br>Shara Cornell<br>Office of the United States Trustee – Manhattan Office<br>Alexander Hamilton Custom House, One Bowling Green, Room 534<br>New York, NY 10004 |
| United States Attorney's Office<br>Southern District of New York | First Class Mail:<br>United States Attorney's Office<br>Southern District of New York<br>Attention: Tax & Bankruptcy Unit<br>86 Chambers Street, Third Floor<br>New York, NY 10007 |
| Sullivan & Cromwell LLP | Email:<br>Bromleyj@sullcrom.com<br><br>Courier Same Day Delivery:<br>Attn: James Bromley, Sergio J. Galvis and Christian P. Jensen<br>125 Broad Street<br>New York, NY 10004 |
| AlterBank Limited | First Class Mail:<br>AlterBank Limited<br>2501 Southwest 24th Avenue<br>Miami, FL 33133 |
| Blas Santander | First Class Mail:<br>Blas Santander<br>2501 Southwest 24th Avenue<br>Miami, FL 33133 |
| The Bank of New York Mellon | First Class Mail:<br>The Bank of New York Mellon<br>240 Greenwich Street<br>New York, NY 10286 |
| Cyrus Capital Partners, L.P. | First Class Mail<br>Cyrus Capital Partners, L.P.<br>65 East 55th Street, 35th Floor<br>New York, NY 10022 |

| | |
|---|---|
| Contrarian Capital Management, LLC | First Class Mail<br>Contrarian Capital Management, LLC<br>411 West Putnam Avenue #425<br>Greenwich, CT 06830 |
| MoloLamken LLP | Email:<br>jellis@mololamken.com<br>zingber@mololamken.com<br>mreynolds@mololamken.com<br>erolston@mololamken.com<br>cveniero@mololamken.com<br>esokoloff@mololamken.com<br><br>First Class Mail<br>MoloLamken LLP<br>Attn: Justin M. Ellis, Zachary R. Ingber, Mason E. Reynolds, Eric J. Rolston, Caroline A. Veniero, and Eugene A. Sokoloff<br>430 Park Avenue, 6th Floor<br>New York, NY 10022 |
| Fridman Fels & Soto, PLLC | Email:<br>dfridman@ffslawfirm.com<br>aviamontes@ffslawfirm.com<br><br>First Class Mail<br>Fridman Fels & Soto, PLLC<br>Attn: Daniel S. Fridman and Anel I. Viamontes<br>150 Alhambra Circle, Suite 715<br>Coral Gables, FL 33134 |
| Diaz, Reus & Targ, LLP | Email:<br>jbagley@diazreus.com<br>mdiaz@diazreus.com<br>bhadaway@diazreus.com<br>estroman@diazreus.com<br><br>First Class Mail:<br>Diaz, Reus & Targ, LLP<br>Attn: Julianne Bagley, Michael Diaz, Jr., Brant C. Hadaway, and Evan Stroman<br>100 S.E. 2nd Street, Suite 3400<br>Miami, FL 33131 |
| Alexander Soroka | First Class Mail:<br>Alexander Soroka<br>952 Mockingbird Lane, Apt 603<br>Plantation, FL 33324 |

| | |
|---|---|
| Timothy Richards | First Class Mail:<br>Timothy Richards<br>2000 Salzedo Street, Apt 806<br>Coral Gables, FL 33134 |
| Quintero Broche, P.A. | Email:<br>fquintero@quinterolaw.net<br><br>First Class Mail:<br>Quintero Broche, P.A.<br>Attn: Frank Quintero, Jr.<br>75 Valencia Avenue, Suite 800<br>Coral Gables, FL 33134 |
| Alejandro Cespedes | First Class Mail:<br>Alejandro Cespedes<br>2967 Bridgeport Avenue<br>Miami, FL 33133 |
| Julio Luis Santander | First Class Mail:<br>Julio Luis Santander<br>2501 Southwest 24th Avenue<br>Miami, FL 33133 |
| Juan Ramirez | First Class Mail:<br>Juan Ramirez<br>2821 S Bayshore Drive, Unit 11C<br>Miami, FL 33133 |
| Gloria de los Angeles Trevino | First Class Mail:<br>Gloria de los Angeles Trevino<br>c/o Ray Thomas, PC<br>Attn: Ramond L. Thomas<br>4900-B North 10th Street<br>McAllen, TX 78504 |
| Angel Gabriel de Jesus Trevino | First Class Mail:<br>Angel Gabriel de Jesus Trevino<br>c/o Ray Thomas, PC<br>Attn: Ramond L. Thomas<br>4900-B North 10th Street<br>McAllen, TX 78504 |
| Ray Thomas, PC, counsel to Gloria de los Angeles Trevino and Angel Gabriel de Jesus Trevino | Email:<br>rthomas@raythomaspc.com<br>lespinosa@raythomaspc.com<br><br>First Class Mail:<br>Ray Thomas, PC<br>Attn: Ramond L. Thomas<br>4900-B North 10th Street<br>McAllen, TX 78504 |

| | |
|---|---|
| Ministry of Foreign Affairs | Email:<br>atencionciudadana@sre.gob.mx<br>dgajuridicos@sre.gob.mx<br><br>First Class Mail:<br>Ministry of Foreign Affairs<br>Plaza Juárez 20<br>Col. Centro<br>Mexico City, Mexico 06010 |