**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 15 |
| TV AZTECA, S.A.B. DE C.V.,[1] | ) | Case No. 26-12217 (LGB) |
| Debtor in a Foreign Proceeding | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE**

Upon the motion of Chance Hiner, to be admitted, *pro hac vice*, to represent the Bank of New York Mellon solely in its capacity as indenture trustee (the "Indenture Trustee") pursuant to that certain indenture, dated as of August 9, 2017 (as amended, restated, supplemented or otherwise modified from time to time, the "Indenture") as special counsel in the above referenced Chapter 15 case; and upon the movant's certification that the movant is a member in good standing of the bar of the State of Texas and admitted to practice before the United States District Court for the Southern and Northern Districts of Texas and admitted to practice before the United States Bankruptcy Court for the Southern and Northern Districts of Texas it is hereby

**ORDERED**, that Chance Hiner, Esq., is admitted to practice, *pro hac vice*, in the above-referenced Chapter 15 case to represent the Indenture Trustee, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

[1] The last four digit of the Debtor's Mexican federal tax identification number are 4V78. The location of the corporate headquarters and the service address for the Debtor is Periférico Sur 4121, Col. Fuentes de Pedregal, Alcaldía Tlaplan, 14140, Mexico City, Mexico.

Dated: October 16, 2026
New York, New York

**/s/ Lisa G. Beckerman**______________________

THE HONORABLE LISA G. BECKMAN
UNITED STATES BANKRUPTCY JUDGE