Robert J. Giuffra, Jr.
Sergio J. Galvis
James L. Bromley
Christian P. Jensen
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TV AZTECA, S.A.B. DE C.V.,[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 26-12217 (LGB) |

**NOTICE OF ADJOURNMENT OF HEARING ON FOREIGN REPRESENTATIVE'S VERIFIED PETITION FOR RECOGNITION OF FOREIGN MAIN PROCEEDING AND RELATED RELIEF AND MOTION OF THE INDENTURE TRUSTEE FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that on September 16, 2026, Rafael Rodríguez Sánchez, as the authorized foreign representative of TV Azteca, S.A.B. de C.V., filed the *Verified Petition for Recognition of Foreign Main Proceeding and Related Relief* [D.I. 2] (the "Verified Petition").

**PLEASE TAKE FURTHER NOTICE** that on October 13, 2026, The Bank of New York Mellon, in its capacity as Indenture Trustee (the "Indenture Trustee"), filed the *Objection of the Indenture Trustee to the Verified Petition for Recognition of Foreign Main*

[1] The last four digits of the Debtor's Mexican federal tax identification number are 4V78. The location of the corporate headquarters and the service address for the Debtor is Periférico Sur 4121, Col. Fuentes del Pedregal, Alcaldía Tlalpan, 14140, Mexico City, Mexico.

*Proceeding* [D.I. 16] and the *Motion of the Indenture Trustee for Relief from the Automatic Stay* [D.I. 17] (the "Stay Relief Motion").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Scheduling Order Regarding Recognition Hearing and Anticipated Final and Evidentiary Lift Stay Hearing for the Indenture Trustee's Motion for Relief from the Automatic Stay* [D.I. 12], the hearing on the Verified Petition and the Stay Relief Motion (the "Combined Hearing") was scheduled for November 9 and 10, 2026, at 10:00 a.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that with the permission of the Court, the Combined Hearing has been adjourned to **December 7 and 8, 2026, at 10:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Combined Hearing will take place before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge for the Southern District of New York, in Courtroom 623, One Bowling Green, New York, New York 10004.

Dated: November 6, 2026
New York, New York

Respectfully submitted,

*/s/ James L. Bromley*

Robert J. Giuffra, Jr.
Sergio J. Galvis
James L. Bromley
Christian P. Jensen
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: giuffrar@sullcrom.com
galviss@sullcrom.com
bromleyj@sullcrom.com
jensenc@sullcrom.com

*Counsel to the Foreign Representative*