Robert J. Giuffra, Jr.
Sergio J. Galvis
James L. Bromley
Christian P. Jensen
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TV AZTECA, S.A.B. DE C.V.,[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 26-12217 (LGB) |

**CERTIFICATE OF SERVICE**

I, James L. Bromley, hereby certify that:

*1.* On November 6, 2026, I caused true and correct copies of the *Notice of Adjournment of Hearing on Foreign Representative's Verified Petition for Recognition of Foreign Main Proceeding and Related Relief and Motion of the Indenture Trustee for Relief from the Automatic Stay* [D.I. 26] to be served in the manner and to the parties indicated in the service list attached hereto as Exhibit A.

[1] The last four digits of the Debtor's Mexican federal tax identification number are 4V78. The location of the corporate headquarters and the service address for the Debtor is Periférico Sur 4121, Col. Fuentes del Pedregal, Alcaldía Tlalpan, 14140, Mexico City, Mexico.

Dated: November 9, 2026
New York, New York

Respectfully submitted,

*/s/ James L. Bromley*
James L. Bromley
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: bromleyj@sullcrom.com

*Counsel to the Foreign Representative*

# EXHIBIT A

## Service List

| Notice Party | Method(s) of Service |
|---|---|
| Office of the United States Trustee for Region 2 | Email:<br>shara.cornell@usdoj.gov<br><br>FedEx Next Business Day:<br>Shara Cornell<br>Office of the United States Trustee – Manhattan Office<br>Alexander Hamilton Custom House, One Bowling Green, Room 534<br>New York, NY 10004 |
| United States Attorney's Office<br>Southern District of New York | FedEx Next Business Day:<br>United States Attorney's Office<br>Southern District of New York<br>Attention: Tax & Bankruptcy Unit<br>86 Chambers Street, Third Floor<br>New York, NY 10007 |
| The Bank of New York Mellon, solely in its capacity as Trustee for the TV Azteca, S.A.B. de C.V. 8.25% Senior Notes Due 2024 | FedEx Next Business Day:<br>The Bank of New York Mellon<br>240 Greenwich Street<br>New York, NY 10286 |
| Cyrus Capital Partners, L.P. | FedEx Next Business Day:<br>Cyrus Capital Partners, L.P.<br>65 East 55th Street, 35th Floor<br>New York, NY 10022 |
| Contrarian Capital Management, LLC | FedEx Next Business Day:<br>Contrarian Capital Management, LLC<br>411 West Putnam Avenue #425<br>Greenwich, CT 06830 |
| MoloLamken LLP, counsel to The Bank of New York Mellon, Cyrus Capital Partners, L.P., and Contrarian Capital Management, LLC | Email:<br>jellis@mololamken.com<br>mkelley@mololamken.com<br>zingber@mololamken.com<br>mreynolds@mololamken.com<br>erolston@mololamken.com<br>cveniero@mololamken.com<br>esokoloff@mololamken.com<br><br>FedEx Next Business Day:<br>MoloLamken LLP<br>Attn: Justin M. Ellis, Mark Kelley, Zachary R. Ingber, Mason E. Reynold, Eric J. Rolston, Caroline A. Veniero, and Eugene A. Sokoloff<br>430 Park Avenue<br>New York, NY 10022 |
| Fox Rothschild LLP | Email:<br>cplaza@foxrothschild.com<br><br>FedEx Next Business Day:<br>Fox Rothschild LLP<br>Attn: Curtis M. Plaza<br>49 Market Street<br>Morristown, New Jersey 07960 |

| | |
|---|---|
| Akin Gump Strauss Hauer & Feld LLP (New York) | Email:<br>aqureshi@akingump.com<br>mstamer@akingump.com<br>dgiller@akingump.com<br>dhill@akingump.com<br><br>FedEx Next Business Day:<br>Akin Gump Strauss Hauer & Feld LLP<br>Attn: Michael S. Stamer, Abid Qureshi, David M. Giller, David F. Hill, IV<br>One Bryant Park<br>New York, New York 10036 |
| Akin Gump Strauss Hauer & Feld LLP (Texas) | Email:<br>sschultz@akingump.com<br>chiner@akingump.com<br><br>FedEx Next Business Day:<br>Akin Gump Strauss Hauer & Feld LLP<br>Attn: Sarah Link Schultz, Chance Hiner<br>2300 North Field Street, Suite 1800<br>Dallas, Texas 75201 |
| Fridman Fels & Soto, PLLC, counsel to The Bank of New York Mellon | Email:<br>dfridman@ffslawfirm.com<br>aviamontes@ffslawfirm.com<br><br>FedEx Next Business Day:<br>Fridman Fels & Soto, PLLC<br>Attn: Daniel S. Fridman and Anel I. Viamontes<br>150 Alhambra Circle, Suite 715<br>Coral Gables, FL 33134 |
| AlterBank Limited | Email:<br>aromero@alterbank.com<br><br>FedEx Next Business Day:<br>AlterBank Limited<br>c/o Antonio Romero<br>2501 Southwest 24th Avenue<br>Miami, FL 33133 |
| Blas Santander | Email:<br>blassantan2@gmail.com<br><br>FedEx Next Business Day:<br>Blas Santander<br>2501 Southwest 24th Avenue<br>Miami, FL 33133 |
| Kozyak Tropin & Throckmorton LLP, counsel to AlterBank Limited | Email:<br>jpiedra@kttlaw.com<br>kmitchell@kttlaw.com<br><br>FedEx Next Business Day:<br>Kozyak Tropin & Throckmorton LLP<br>Attn: Jorge L. Piedra and Katherine A. Mitchell<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, FL 33134 |

| | |
|---|---|
| Alexander Soroka | <u>Email</u>:<br>alex.soroka1@gmail.com<br><br><u>FedEx Next Business Day</u>:<br>Alexander Soroka<br>952 Mockingbird Lane, Apt 603<br>Plantation, FL 33324 |
| Timothy Richards | <u>FedEx Next Business Day</u>:<br>Timothy Richards<br>2000 Salzedo Street, Apt 806<br>Coral Gables, FL 33134 |
| Quintero Broche, P.A., counsel to Timothy Richards | <u>Email</u>:<br>fquintero@quinterolaw.net<br><br><u>FedEx Next Business Day</u>:<br>Quintero Broche, P.A.<br>Attn: Frank Quintero, Jr.<br>75 Valencia Avenue, Suite 800<br>Coral Gables, FL 33134 |
| Alejandro Cespedes | <u>FedEx Next Business Day</u>:<br>Alejandro Cespedes<br>2967 Bridgeport Avenue<br>Miami, FL 33133 |
| Julio Luis Santander | <u>FedEx Next Business Day</u>:<br>Julio Luis Santander<br>2501 Southwest 24th Avenue<br>Miami, FL 33133 |
| Juan Ramirez | <u>FedEx Next Business Day</u>:<br>Juan Ramirez<br>2821 S Bayshore Drive, Unit 11C<br>Miami, FL 33133 |
| Lilly Ann Sanchez, counsel to and on behalf of Juan Ramirez | <u>Email</u>:<br>lsanchez@thelsfirm.com<br><br><u>FedEx Next Business Day</u>:<br>Lilly Ann Sanchez<br>2800 Ponce de Leon Boulevard<br>Suite 1100<br>Coral Gables, Florida 33134 |
| Gloria de los Angeles Trevino | <u>FedEx Next Business Day</u>:<br>Gloria de los Angeles Trevino<br>c/o Ray Thomas, PC<br>Attn: Ramond L. Thomas<br>4900-B North 10th Street<br>McAllen, TX 78504 |
| Angel Gabriel de Jesus Trevino | <u>FedEx Next Business Day</u>:<br>Angel Gabriel de Jesus Trevino<br>c/o Ray Thomas, PC<br>Attn: Ramond L. Thomas<br>4900-B North 10th Street<br>McAllen, TX 78504 |

| | |
|---|---|
| Ray Thomas, PC, counsel to Gloria de los Angeles Trevino and Angel Gabriel de Jesus Trevino | Email:<br>rthomas@raythomaspc.com<br>lespinosa@raythomaspc.com<br><br>FedEx Next Business Day:<br>Ray Thomas, PC<br>Attn: Ramond L. Thomas<br>4900-B North 10th Street<br>McAllen, TX 78504 |
| Mexican Ministry of Foreign Affairs | Email:<br>atencionciudadana@sre.gob.mx<br>dgajuridicos@sre.gob.mx<br><br>FedEx Next Business Day:<br>Ministry of Foreign Affairs<br>Plaza Juárez 20<br>Col. Centro<br>Mexico City, Mexico 06010 |