**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Michael S. Stamer
Abid Qureshi
David Giller

2300 North Field Street, Suite 1800
Dallas, Texas 75201
Tel: (214) 969-2800
Fax: (214) 969-4343
Sarah Link Schultz (*pro hac vice granted*)

*Counsel to The Bank of New York Mellon as Indenture Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 15 |
| TV AZTECA, S.A.B. DE C.V., [1] | Case No. 26-12217 (LGB) |
| Debtor in a Foreign Proceeding | |

**FIRST SUPPLEMENTAL NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE** that on October 2, 2026, Akin Gump Strauss Hauer & Feld LLP; MoloLamken LLP; and Fox Rothschild LLP filed a Notice of Appearance and Request for Notices as counsel to The Bank of New York Mellon, solely in its capacity as indenture trustee (the "Indenture Trustee") pursuant to that certain Indenture dated as of August 9, 2017 (as amended, restated, supplemented or otherwise modified from time to time, the "Indenture") with

[1] The last four digits of the Debtor's Mexican federal tax identification number are 4V78. The location of the corporate headquarters and the service address for the Debtor are Periférico Sur 4121, Col. Fuentes del Pedregal, Alcaldía Tlalpan, 14140, Mexico City, Mexico.

respect to the TV Azteca 8.250% Senior Notes due 2024 (the "Indenture Trustee Counsel"), ECF No. 9 (the "Original Notice").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002, 9007, 9010(b), and 9036 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned appears as counsel to the Bank of New York Mellon, solely in its capacity as Indenture Trustee pursuant to the Indenture with respect to the TV Azteca 8.250% Senior Notes due 2024, by and through its counsel Akin Gump Strauss Hauer & Feld LLP; MoloLamken LLP; and Fox Rothschild LLP and hereby requests that copies of any and all notices and pleadings given, required to be given or filed in the above-captioned cases be given and served upon the parties designated in the Original Notice and to the following additional person as set forth below:

T. Patrick Cordova
**MOLOLAMKEN LLP**
430 Park Avenue, 6th Floor
New York, NY 10022
Tel.: (212) 607-8160
pcordova@mololamken.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order and notice of any application, motion, petition, pleading, request, complaint or demand, whether former or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, overnight carrier, facsimile transmission, email or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of the Indenture Trustee: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any

case, controversy, or proceeding related to these cases; (3) to have the United States District Court for the Southern District of New York (the "District Court") withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) of any other rights, claims, actions, defenses, setoffs, or recoupments to which the Indenture Trustee are or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Signature page to follow*]

Dated: November 16, 2026

Respectfully submitted,

*/s/ Michael S. Stamer*

Michael S. Stamer
Abid Qureshi
David M. Giller
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
mstamer@akingump.com
aqureshi@akingump.com
dgiller@akingump.com

Sarah Link Schultz (*pro hac vice granted*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2300 North Field Street, Suite 1800
Dallas, Texas 75201
Tel: (214) 969-2800
Fax: (214) 969-4343
sschultz@akingump.com

Justin M. Ellis
Mark Kelley
Zachary R. Ingber
Eric J. Rolston
T. Patrick Cordova
**MOLOLAMKEN LLP**
430 Park Avenue, 6th Floor
New York, NY 10022
Tel: (212) 607-8160
jellis@mololamken.com
zingber@mololamken.com
mreynolds@mololamken.com
erolston@mololamken.com
pcordova@mololamken.com

Curtis M. Plaza, Esq.
**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, New Jersey 07960
Telephone: (973) 326-7118
cplaza@foxrothschild.com

*Counsel to The Bank of New York Mellon, as Indenture Trustee*