**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TV AZTECA, S.A.B. DE C.V.,[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 26-12217 (LGB) |

# SCHEDULING ORDER

**WHEREAS**, on September 16, 2026, Rafael Rodríguez Sánchez (the "Foreign Representative"), in his capacity as the foreign representative for TV Azteca, S.A.B. de C.V. (the "Foreign Debtor"), filed a petition [ECF No. 1] under Chapter 15 of the Bankruptcy Code (the "Chapter 15 Case") and also filed a *Verified Petition for Recognition of Foreign Main Proceeding and Related Relief* [ECF No. 2] (the "Verified Petition") seeking recognition regarding the Foreign Debtor's *concurso mercantil* proceeding filed on March 10, 2026, before the First District Court for Commercial Insolvency Matters, sitting in Mexico City and with jurisdiction throughout the Mexican Republic, pursuant to the Mexican Commercial Insolvency Law (the "Foreign Main Proceeding"). In support of the Verified Petition, the Foreign Debtor also filed a *Declaration of the Foreign Representative in Support of the Verified Petition* [ECF No. 3] (the "Foreign Representative's Declaration"), a Declaration of José Víctor Rodríguez Barrera on Mexican Law in Support of the Verified Petition [ECF No. 4] (the "Rodríguez Barrera Declaration," and together with the Foreign Representative's Declaration, the "Declarations"), and the *Motion of the Foreign Representative for Entry of an Order (I) Scheduling the Recognition Hearing and Objection*

[1] The last four digits of the Debtor's Mexican federal tax identification number are 4V78. The location of the corporate headquarters and the service address for the Debtor are Periférico Sur 4121, Col. Fuentes de Pedregal, Alcaldía Tlalpan, 14140, Mexico City, Mexico.

*Deadline, (II) Specifying the Form and Manner of Service of Notice and (III) Granting Related Relief* [ECF No. 5] (the "Scheduling Motion"); and

**WHEREAS**, on September 22, 2026, the Court entered an order granting the Scheduling Motion [ECF No. 7] (the "September Scheduling Order"). The September Scheduling Order scheduled the recognition hearing on October 20, 2026 at 10:00 A.M. ET on Zoom for Government (the "Recognition Hearing") to consider the Foreign Debtor's Verified Petition and Declarations to determine whether this Court should grant recognition of the Foreign Main Proceeding in the Chapter 15 Case and set an objection deadline for the Recognition Hearing on October 12, 2026 at 5:00 P.M. ET; and

**WHEREAS**, at the October 5, 2026 status conference (the "Status Conference"), counsel for the Foreign Representative and counsel for The Bank of New York Mellon, in its capacity as the Indenture Trustee (the "Indenture Trustee"), among others, were present to discuss the scheduling concerns of the Recognition Hearing and the lift stay motion that the Indenture Trustee had intended to file; and

**WHEREAS**, on October 6, 2026, the Court entered the *Scheduling Order Regarding Recognition Hearing and Anticipated Final and Evidentiary Lift Stay Hearing for the Indenture Trustee's Motion for Relief from the Automatic Stay* [ECF No. 12] (the "October Scheduling Order"). The October Scheduling Order provided that if the Indenture Trustee filed an objection to the Recognition Hearing and their lift stay motion on or before October 13. 2026, the Recognition Hearing shall be adjourned to November 9 and November 10, 2026 at 10:00 A.M. ET in Courtroom 623 at 1 Bowling Green, New York, NY 10004, and that the hearing on the Indenture Trustee's lift stay motion shall also take place on those dates. The October Scheduling Order also

directed counsel for the Foreign Representative and counsel for the Indenture Trustee to meet and confer regarding a discovery schedule; and

**WHEREAS**, on October 13, 2026, the Indenture Trustee filed the *Objection to the Verified Petition for Recognition of Foreign Main Proceeding* [ECF No. 16] (the "Objection to Verified Petition") and the *Motion of the Indenture Trustee for Relief from the Automatic Stay* [ECF No. 17] (the "Motion for Relief from Stay"); and

**WHEREAS**, on October 13 and October 15, 2026, the Indenture Trustee and the Foreign Representative, respectively, served their requests for documents; and

**WHEREAS**, on October 16, 2026, the Foreign Representative and the Indenture Trustee served their responses and objections to the requests for documents; and

**WHEREAS**, on October 18, 2026, counsel for the Foreign Representative and counsel for the Indenture Trustee met and conferred regarding (i) their respective requests for documents and (ii), in accordance with the October Scheduling Order, the discovery schedule; and

**WHEREAS**, on October 25, 2026, counsel for the Foreign Representative filed the *Joint Motion for Entry of Scheduling Order* [D.I. 24] (the "Scheduling Order Motion"); and

**WHEREAS**, the Foreign Representative and the Indenture Trustee have substantially completed document production and have completed depositions of fact witnesses in accordance with the deadlines set forth in the Scheduling Order Motion; and

**WHEREAS,** on November 6, 2026, the Foreign Representative filed the Notice of Adjournment [D.I. 26] reflecting that the Recognition Hearing had been adjourned to December 7 and 8, 2026 at 10:00 A.M. ET in Courtroom 623 at 1 Bowling Green, New York, NY 10004; and

**WHEREAS**, counsel for the Foreign Representative and the Indenture Trustee have met and conferred on a revised scheduling order in advance of the Recognition Hearing on December 7 and 8, 2026 at 10:00 A.M. ET.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Foreign Debtor and Indenture Trustee may serve any rebuttal expert reports by Wednesday, November 11, 2026.

2. Depositions of all expert witnesses will conclude by Tuesday, November 17, 2026. The Foreign Debtor or Indenture Trustee shall arrange for expedited transcripts of any expert deposition that they take, with uncertified transcripts made available to both parties no later than the morning following that deposition.

3. Fact discovery will conclude by Thursday, November 19, 2026.

4. The Foreign Debtor will file its objection to the Motion for Relief from Stay and its response to the Objection to Verified Petition by Friday, November 20, 2026.

5. The Foreign Debtor and Indenture Trustee will exchange draft exhibit lists by Monday, November 23, 2026.

6. The Foreign Debtor and Indenture Trustee will file motions in limine by Wednesday, November 25, 2026.

7. The Indenture Trustee will file its reply to the Foreign Debtor's objection to the Motion for Relief from Stay on Monday, November 30, 2026.

8. The Foreign Debtor and Indenture Trustee will file (i) a joint pretrial order, (ii) written direct testimony and proffers, and (iii) responses to any filed motions in limine on Wednesday, December 2, 2026.

9. The Foreign Debtor and Indenture Trustee will exchange trial demonstratives by Sunday, December 6, 2026 at 5:00 P.M. ET.

10. The Foreign Debtor and Indenture Trustee will exchange closing argument demonstratives, if any, by Tuesday, December 8, 2026 at 9:00 A.M. ET.

11. Notwithstanding the foregoing deadlines, either the Foreign Debtor or the Indenture Trustee may, by Friday, December 4, 2026, file amendments to its written direct testimony or proffers, exhibit designations, and portions of the joint pretrial statement to reflect new developments in the Concurso that could not reasonably have been addressed in the Foreign Debtor's or Indenture Trustee's earlier submissions. Amendments shall be accompanied by a redline identifying any changes. Any opposition or objection to a supplemental submission shall be filed by Sunday, December 6, 2026 at 12:00 PM ET. No reply shall be filed absent leave of Court. The Foreign Debtor and the Indenture Trustee shall promptly confer regarding any corresponding updates to joint pretrial materials. Any objections thereto that the Foreign Debtor and the Indenture Trustee are unable to resolve before such time shall be identified in the joint pretrial materials and shall not delay its filing with the Court.

**SO ORDERED.**

Dated: November 17, 2026
New York, New York

**/s/ Lisa G. Beckerman**
Hon. Judge Lisa G. Beckerman
United States Bankruptcy Judge